Nov. Term,
1856.

KEEN
v.
YOUNKMAN.

Monday,
December 1.

TILFORD v. ROBERTS.

ERROR to the *Morgan* Circuit Court.

*Per Curiam.*—Money paid on an executory contract which the recipient of the payment fails to fulfill may be recovered back. *Patterson* v. *Coats*, 8 Blackf. 500.

Payment may be made in any thing which the creditor will accept as payment. *Louden* v. *Birt*, 4 Ind. R. 566.

The count for money had and received, &c., is sustained by proof that the defendant had received property which might be presumed to have been converted into money. *Helvey* v. *The Board*, &c., 6 Blackf. 317.

On the evidence, the judgment in this case is right; and it is affirmed with 5 per cent damages and costs.

*L. Reynolds* and *J. L. Ketcham*, for the plaintiff.

*L. Barbour*, *A. G. Porter* and *W. R. Harrison*, for the defendant.

---

KEEN v. YOUNKMAN, Administrator.

APPEAL from the *Ripley* Court of Common Pleas.

*Per Curiam.*—Suit for money had and received, &c. Answer in denial. Cause submitted by agreement. Judgment for the plaintiff.

The evidence sustains the judgment; and the whole case was triable under the general denial.

On the filing of the complaint, the defendant demurred to it; but before the demurrer was acted upon, he answered over. The answer was a waiver of the demurrer.

The judgment is affirmed with 10 per cent. damages and costs.

*J. W. Gordon*, for the appellant.

*E. Dumont* and *O. B Torbett*, for the appellee.